DAVID W. SLAUGHTER (02977)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145-5000
Telephone:  801-521-9000
Telecopier:  801-363-0400
ds@scmlaw.com
*Attorneys for Defendant Ryan Day*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

_____

| | |
|---|---|
| SHAD MORRIS, Trustee of the ELOISE J. BURTON REVOCABLE TRUST, | |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| KNOX CAPITAL GROUP, INC., a Utah Corporation; GENEOS WEALTH MANAGEMENT, INC., a Colorado Corporation; GENEOS WEALTH ADVISORS, LLC, a Colorado Limited Liability Company; RYAN DAY, an individual; BRODIE BARNES, an individual; and JOHN DOE, an individual, | Case No. 2:10-CV-01209  Judge Dee Benson |
| Defendants. | |

_____

COME NOW the parties hereto, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) for this Stipulation for Dismissal with Prejudice state as follows:

1. All of the claims asserted in this action by and between all of the parties have been resolved through settlement, and all settlement papers have been executed by the parties.

2. The parties therefore request that this Court enter an Order dismissing the action in its entirety with prejudice, the parties to bear their own fees and costs.

Respectfully submitted this 23rd day of October, 2013.

ASCIONE & ASSOCIATES, LLC

/s/ Patrick J. Ascione

_____

Patrick J. Ascione
4692 North 300 West, Suite 220
Provo, UT  84604
Phone:  801-854-1200
Email: Patrick@ana-law.com
*Attorneys for Plaintiff*

PETERS SCOFIELD

/s/ David W. Scofield

_____

David W. Scofield
2455 East Parleys Way, Suite 115
Salt Lake City, UT  84109
Phone:  801-322-2002
Email: dws@psplawyers.com
*Attorneys for Defendants Geneos, Knox & Barnes*

TREECE ALFREY MUSAT P.C.

/s/ Reza D. Rismani

_____

Reza D. Rismani
999 Eighteenth Street, Suite 1600
Denver, Colorado 80202
Phone: 303-292-2700
Email: rrismani@tamlegal.com
*Attorneys for Defendant Day*


SNOW, CHRISTENSON & MARTINEAU, P.C.

/s/ David W. Slaughter

_____

David W. Slaughter, Esq.
10 Exchange Place, Eleventh Floor, P.O. Box 45000,
Salt Lake City, UT 84145,
Phone: 801-521-9000
Email: ds@scmlaw.com
*Attorneys for Defendant Day*