DAVID W. SLAUGHTER (02977)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: 801-521-9000
Telecopier: 801-363-0400
ds@scmlaw.com
*Attorneys for Defendant Ryan Day*

FILED
U.S. DISTRICT COURT
2013 OCT 25 A 10: 54
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

SHAD MORRIS, Trustee of the ELOISE J.
BURTON REVOCABLE TRUST,

Plaintiff,

vs.

KNOX CAPITAL GROUP, INC., a Utah
Corporation; GENEOS WEALTH
MANAGEMENT, INC., a Colorado Corporation;
GENEOS WEALTH ADVISORS, LLC, a
Colorado Limited Liability Company; RYAN
DAY, an individual; BRODIE BARNES, an
individual; and JOHN DOE, an individual,

Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Case No. 2:10-CV-01209

Judge Dee Benson

The Court, having reviewed the parties' Stipulation to Dismiss with Prejudice, and being fully informed in the premises, hereby ORDERS AND DECREES that the captioned action be and hereby is dismissed, with prejudice, each party to bear its respective fees and costs.

1

By the Court:

_____
UNITED STATES DISTRICT COURT JUDGE

Date: 24th of October, 2013